IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

W.G. TOMKO, INC.

       Plaintiff,

STARR INDEMNITY AND LIABILITY COMPANY,

       Defendant.

CIVIL ACTION

Case No. 2:24-cv-00801-MPK

*Re: ECF No. 26*

**ORDER APPROVING PLAINTIFF W.G. TOMKO, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, W.G. Tomko, Inc. (the "Plaintiff"), by its undersigned counsel, hereby voluntarily dismisses the above-captioned civil action *without prejudice*.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: */s/ Richard J. Cromer*
Richard J. Cromer
PA. ID. No. 79214
Daniel P. Yeomans
PA. ID. No. 323449
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600

Steven M. Toprani
PA. ID. No. 93217
W. G. Tomko, Inc.
2559 State Route 88
Finleyville, PA 15332
(724) 348-2000

*Counsel for Plaintiff, W. G. Tomko, Inc.*

AND NOW, this **7th** day of **March**, 20**25**, IT IS SO ORDERED.

*Maureen P. Kelly*
UNITED STATES MAGISTRATE JUDGE